STATE v. WALLACE

No. 241A97

Case below: Mecklenburg County Superior Court

Motion by defendant for appropriate relief denied 4 May 2000.

STATE v. WARD

No. 158A92-4

Case below: Pitt County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Pitt County allowed 4 May 2000 for the purpose of reversing the Superior Court's order denying discovery and remanding the case with instructions for the Superior Court to order the State to provide Ward with all discovery pursuant to G.S. 15A-1415(f).

STEPHENSON v. WARREN

No. 157P00

Case below: 136 N.C.App. 768

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

TAYLOR v. VENCOR, INC.

No. 108P00

Case below: 136 N.C.App. 528

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

TREXLER v. POLLOCK

No. 581P99

Case below: 351 N.C. 480

Petition by plaintiff for rehearing of the decision of this Court denying petition for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000. Motion by defendants to strike plaintiff's petition to rehear dismissed 4 May 2000.